455 A.2d 198

Royster, Appellant v. Liberty Mutual.

Argued February 18, 1982. Allen L. Feingold, for appellant; Jo Fineman White, for appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.